William Hawley and Another v. Jeanie M. Levee, Impleaded.— Motion granted, with ten dollars costs.

Ellen Spencer Mussey v. Pedro C. Casanova.— Motion denied, without costs.

Simon Anhalt v. James Burrell.— Motion granted on payment of ten dollars costs; appeal to be argued or submitted on February seventeenth. Settle order on notice.

In the Matter of William F. Donnelly.—Reference ordered.